HENRY C. GROVES, APPELLANT, VS. GEORGE SPECHT, AP-
PELLEE.

Appeal from Circuit Court Marion County.

*R. B. Bullock*, for Appellant.

*Anderson & Hocker*, for Appellee.

The bill in this case was filed by the appellee against
the appellant.   There was decree for the complainant
and the defendant appeals.   Motions of counsel for
appellee to dismiss the appeal denied; but in the investi-
gation of the questions raised by said motions, the
court being fully advised and satisfied that there is no
merit in any of the matters assigned as error, and that
said appeal is frivolous and resorted to for delay, the
decree of the court below is affirmed at the cost of the
appellant; and that the further sum of ten *per cent.* of
the full amount of said decree be allowed and assessed
against the appellant as for a frivolous appeal.

Decision Per Curiam.